NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar No. 13644

SKYLER H. PEARSON
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
skyler.pearson@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Kendra Schoolfield, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Mike O'Callaghan Federal Medical Center; Brian M. White, Md., an individual; Doe Doctors 1 through 10; Roe Entities, 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No. 2:21-cv-00048-GMN-EJY |

## STIPULATION AND ORDER TO DISMISS WITHOUT PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties hereto, that the above-entitled case shall be dismissed without prejudice, that the default entered against Brian M. White, Md. by the clerk of the Eighth Judicial District of Clark

County, Nevada shall be set aside, and each party will bear its own costs and attorney's fees.

Dated this 19th day of January 2021.

| | |
|---|---|
| GARG GOLDEN LAW FIRM | NICHOLAS A. TRUTANICH<br>United States Attorney |
| /s/ Amanda J. Brookhyser<br>AMANDA J. BROOKHYSER, ESQ.<br>Nevada Bar No. 11526<br>3145 St. Rose Parkway, Suite 230<br>Henderson, Nevada 89052<br>abrookhyser@garggolden.com<br>*Attorney for Plaintiff* | /s/ Skyler H. Pearson<br>SKYLER H. PEARSON<br>Assistant United States Attorney<br>*Attorneys for the United States* |

**IT IS SO ORDERED.**

Dated this   20   day of January, 2021

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT